THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **SAMANTHA TRIMBLE** | § | |
| | § | |
| **Plaintiff** | § | |
| VS. | § | **CASE NO. 4:14-CV-00868-O** |
| | § | |
| **MILLWOOD HOSPITAL** | § | |
| | § | |
| **Defendant** | § | |

## DISCLOSURE STATEMENT
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 3.1(c), 3.2(e) and 7.4, Defendant Millwood Hospital, L.P. d/b/a Millwood Hospital provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

Plaintiff, Samantha Trimble:

    None

Defendant, Millwood Hospital, L.P. d/b/a Millwood Hospital:

    Universal Health Services, Inc.

A complete list of all persons, associations of person, firms, partnerships, corporations, guarantor, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

On behalf of Plaintiff:

    Martin J. Cirkiel, Esq. and Samantha Trimble

On behalf of Defendant:

  Millwood Hospital, L.P. d/b/a Millwood Hospital and Universal Health Services, Inc.

         Respectfully submitted,

         /s/ Glynis L. Zavarelli
         **GLYNIS L. ZAVARELLI**
         State Bar No. 00788743
         gzavarelli@wandzlaw.com

         **WENTZ & ZAVARELLI, L.L.P.**
         222 W. Las Colinas Blvd. Suite 1900N
         Irving, Texas 75039
         (469) 665-9100 - Telephone
         (469) 665-9106 – Facsimile

         **ATTORNEY FOR DEFENDANT**
         **MILLWOOD HOSPITAL, LP D/B/A**
         **MILLWOOD HOSPITAL**

## CERTIFICATE OF SERVICE

On March 3, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

*Via Electronic Service*
Martin J. Cirkiel, Esq.
Cirkiel & Associates
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664

         /s/ Glynis L. Zavarelli
         **GLYNIS L. ZAVARELLI**