THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SAMANTHA TRIMBLE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CASE NO. 4:14-CV-00868-O |
| | § | |
| MILLWOOD HOSPITAL, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, came on to be heard Defendant's Motion for Leave to File Sur-Reply to Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Reconsideration, and the Court, having considered the Motion and the authorities cited therein, issues the following Order:

**IT IS ORDERED, ADJUGED AND DECREED** that Defendant's Motion for Leave to File Sur-Reply to Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Reconsideration is **GRANTED**.

**IT IS, FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant shall file its Sur-Reply to Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Reconsideration within ten (10) days of the date of this Order.

**SO ORDERED** on this **25th day** of **April, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE