IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SAMANTHA TRIMBLE<br>　　Plaintiff, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:14-CV-00868-O |
| MILLWOOD HOSPITAL<br>　　Defendant. | | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Samantha Trimble, Plaintiff herein, by and through her attorney of record, Martin J. Cirkiel, of the Law Firm of Cirkiel & Associates, P.C., to file this *Notice of Settlement* with the Court to inform the Court that the parties participated in a mediation on November 16 , 2016, and have reached a settlement agreement in this case and that all deadlines are hereby abated.

Further, and that the Court set this cause for final hearing accordingly.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Cirkiel & Associates, P.C.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Mr. Martin J. Cirkiel, Esq.
　　　　　　　　　　　　　　　　　　　State Bar No.: 00783829
　　　　　　　　　　　　　　　　　　　1901 E. Palm Valley Boulevard
　　　　　　　　　　　　　　　　　　　Round Rock, Texas  78664
　　　　　　　　　　　　　　　　　　　(512) 244-6658 [Telephone]
　　　　　　　　　　　　　　　　　　　(512) 244-6014 [Facsimile]
　　　　　　　　　　　　　　　　　　　marty@cirkielaw.com [Email]
　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following parties on this the 17th day of December, 2015 by Notice of Electronic Filing from the Clerk of the Court:

Ms. Glynis Zaravelli, Attorney
Ms. M. Leslie Davis, Attorney
Wentz & Zavarelli, LLP
222 W. Las Colinas Blvd., Suite 1900N
Irving, Texas 75039
Telephone: (469) 665-9100
Facsimile: (469) 665-9106
Gzaravelli@wandzlaw.com [Email]
Ldavis@wandzlaw.com [Email]
ATTORNEYS FOR DEFENDANT

_____

Martin J. Cirkiel